No. 617. HARRIS *v.* WHITTLE, SHERIFF. January 6, 1941. *Per*

*Curiam:* The appeal is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c), of the Judicial Code (43 Stat. 936, 938), certiorari is denied. *Mr. Benjamin E. Pierce* for appellant.